# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAMES H. LARSEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF UTAH, et al.,<br><br>　　　　　Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:26-cv-00005<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff James H. Larsen, proceeding pro se, filed this action under 42 U.S.C. § 1983, naming the State of Utah and "Provo Prosecutors" as Defendants and requesting leave to proceed in forma pauperis.[1] The Honorable Dustin B. Pead temporarily granted leave to proceed in forma pauperis pending screening of Plaintiff's complaint under 28 U.S.C. § 1915(e).[2]

Upon screening, Judge Pead concluded that Plaintiff's complaint failed to state a claim upon which relief can be granted and directed Plaintiff to file an amended complaint by February 18, 2026.[3] In so doing, Judge Pead cautioned that this action would be dismissed if Plaintiff failed to file an amended complaint on time.[4]

When Plaintiff missed his deadline, Judge Pead issued a report and recommendation, recommending that this case be dismissed without prejudice for failure to prosecute.[5] Judge Pead set a fourteen-day deadline for objections to the report and recommendation and warned that any

---

[1] Dkt. No. 1 at 2–3; Dkt. No. 2 at 1.
[2] Dkt. No. 5 at 1.
[3] Dkt. No. 8 at 4–6.
[4] *Id.* at 6.
[5] Dkt. No. 10 at 1, 3.

unraised objections may be considered waived upon subsequent review.[6] The fourteen-day deadline has passed, and no objections have been filed.

When no timely objection to a report and recommendation has been filed, the Court may adopt the report and recommendation so long as it is satisfied "that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's note to 1983 addition. Upon review of the record here, the Court finds that Judge Pead's analysis and conclusions are sound. Therefore, the Court ADOPTS the report and recommendation. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

DATED this 16th day of June 2026.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge

---

[6] *Id.* at 3.

2